UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 09-22423-CIV-UNGARO

R. TRAVIS COLLINS, as Personal
representative of the Estate of DAVID
KNOWLTON, deceased,

    Plaintiff,

v.

THE RITZ-CARLTON HOTEL COMPANY,
LLC, *et al.*,

    Defendants.
_____/

## JUDGMENT

    This action was tried by a jury with Judge Ursula Ungaro presiding, and the jury has rendered a verdict. The jury found that there was negligence on the part of the Defendants and David Knowlton that was the legal cause of David Knowlton's death, apportioning 1% of fault to the Defendants and 99% of fault to David Knowlton. The jury found that the damages of the Estate of David Knowlton and his survivors totaled zero. (D.E. 406). Accordingly, it is

    ORDERED that:

    the Plaintiff R. Travis Collins, as Personal Representative of the Estate of David Knowlton, recover nothing, the action be dismissed on the merits, and the Defendants, The Ritz-Carlton Hotel Company, LLC, the Ritz-Carlton Hotel Company, Ltd., The

Abaco Club RC, Ltd., and The Abaco Club Association, Ltd., recover costs from the Plaintiff.

    DONE AND ORDERED in Chambers at Miami, Florida, this 25th day of July, 2012.

                                                             _____
                                                              URSULA UNGARO
                                                              UNITED STATES DISTRICT JUDGE

Copies to: Counsel of record