UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:09-cv-22423-CIV-UU

R. TRAVIS COLLINS, as Personal
Representative of the Estate of DAVID
KNOWLTON, deceased,

                 Plaintiff

vs.

MARRIOTT INTERNATIONAL INC., a
Maryland corporation; THE RITZ-CARLTON HOTEL
COMPANY, LLC, a Maryland Corporation;
THE RITZ-CARLTON MANAGEMENT
COMPANY, LLC, a Maryland corporation;
THE RITZ-CARLTON HOTEL, COMPANY, LTD.,
a foreign corporation; THE ABACO CLUB RC, LTD., a
foreign corporation, and THE ABACO CLUB
 ASSOCIATION, LTD., a foreign corporation et al.,

                 Defendants.
_____/

## DEFENDANTS' CERTIFICATION OF AUTHORITY

The Undersigned Counsel, on behalf of Defendants does hereby file Defendants'

Certification of Authority pursuant to Florida Rule of Civil Procedure 1.720 and certifies as

follows:

1.     Defendants' representatives in this matter for purposes of mediation are Holly

Weatherby and attorney of record, Todd R. Ehrenreich ("Representatives").

2.     Representative Holly Weatherby has authority required by Florida Rule of Civil

Procedure 1.720(b).

Respectfully submitted this 24<u>th</u> day of July, 2014.

**WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC**

*/s/ Todd R. Ehrenreich*
TODD R. EHRENREICH, ESQUIRE
Florida Bar Number:  945900
COUNSEL FOR DEFENDANTS
2601 South Bayshore Drive, Suite 1500
Coconut Grove, Florida 33133
Telephone (305)455-9500
Facsimile   (305)455-9501