UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-22423 (UNGARO)

R. TRAVIS COLLINS, as Personal
Representative of the Estate of DAVID
KNOWLTON, deceased,

     Plaintiff,

v.

THE RITZ CARLTON HOTEL COMPANY,
LLC, a Maryland Corporation; THE RITZ-
CARLTON HOTEL COMPANY, LTD., a
foreign corporation; THE ABACO CLUB RC,
LTD., a foreign corporation; and THE ABACO
CLUB ASSOCIATION, LTD., a foreign
corporation,

     Defendants.
_____/

## NOTICE OF SETTLEMENT

The Parties hereby notify the Court that a confidential settlement of all issues in this litigation has been reached, subject to court approval of the settlements for the minors. Plaintiff's counsel shall move expeditiously to obtain Court approval of the settlement in Georgia where the Estate is open and pending.

Dated: July 31, 2014

1

Respectfully submitted,

**THE LAW OFFICES OF ROBERT L. PARKS**
799 Brickell Plaza, Suite 900
Miami, Florida 33131
Tel:  (305) 445-4430
Fax:  (305) 445-4431
Email: bob@rlplegal.com

By:/s/ Robert L. Parks
Robert L. Parks
Florida Bar No. 61436

Everette L. Doffermyre, Esq.
**DOFFERMYRE, SHIELDS, CANFIELD & KNOWLES, LLC**
1355 Peachtree Street, Suite 1600
Atlanta, Georgia 30309
Tel:  404-881-8900
Fax:  404-881-3007
EMail: edoffermyre@dsckd.com

*Counsel for the Plaintiff*

AND

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**
2601 South Bayshore Drive, Suite 1500
Miami, Florida 33133
Tel:  (305) 455-9500
Email: tehrenreich@wwhgd.com

By: /s/ Todd R. Ehrenreich
Todd R. Ehrenreich
Florida Bar No. 945900

*Counsel for the Defendants*