UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:09-cv-22423-UU

R. TRAVIS COLLINS,

    Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC., *et al.*.,

    Defendants.
_____/

## ADMINISTRATIVE ORDER

THIS CAUSE is before the Court *sua sponte.*

THE COURT has reviewed the record and is otherwise fully advised in the premises. On July 31, 2014, the parties filed a Notice of Settlement, D.E. 473, notifying the Court that the parties have reached a full settlement in this case. Accordingly, it is hereby

ORDERED AND ADJUDGED that, for Administrative Purposes, this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 31st day of July, 2014.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record