UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-22423 (UNGARO)

R. TRAVIS COLLINS, as Personal
Representative of the Estate of DAVID
KNOWLTON, deceased,

       Plaintiff,

v.


THE RITZ CARLTON HOTEL COMPANY,
LLC, a Maryland Corporation; THE RITZ-
CARLTON HOTEL COMPANY, LTD., a
foreign corporation; THE ABACO CLUB RC,
LTD., a foreign corporation; and THE ABACO
CLUB ASSOCIATION, LTD., a foreign
corporation,

       Defendants.

_____/

## REPORT

       Pursuant to this Court Notice of Court Practice Upon Notice of Settlement (DE 474), of

July 31, 2014, Plaintiff and Defendants file this Report regarding settlement of this matter,

stating as follows:

1. All issues between the named parties have been resolved.

2. Terms of the amount of settlement are confidential except for disclosure requested by this

    Court, governmental agencies or financial institutions.

3. Plaintiff's Estate shall provide to the Defendants a full Release with standard additional

    release language of all Defendants, its agents, related entities and insurers.

4.  A dismissal with prejudice will be submitted and signed by the court as to all parties,
    agents, related entities, and insurers as to all claims, potential claims, or related claims
    which have not yet been discovered prior to receipt of the funds required to fund this
    settlement .

5.  Payment by Defendants shall be made within ninety (90) days from August 1, 2014, but
    in no event later than October 29, 2014 in exchange for an executed Settlement and
    Release Agreement, a Court order approving the settlement as to the minors and the
    Notice of Dismissal with Prejudice.

6.  Attached  is a copy of the certified Order Approving Settlement, together with an Order
    Sealing the File.

Respectfully submitted,

Robert L. Parks, Esq.
Florida Bar No. 61436
**THE LAW OFFICES OF ROBERT L. PARKS**
799 Brickell Plaza, Suite 900
Miami, Florida 33131
Tel:    (305) 445-4430
Fax:    (305) 445-4431
Email: bob@rlplegal.com

 /s/ Robert L. Parks
   Robert L. Parks
*Counsel for the Plaintiff*

Todd R. Ehrenreich, Esq.
Florida Bar No. 945900
**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**
2601 South Bayshore Drive, Suite 1500
Miami, Florida 33133
Tel:    (305) 455-9500
Email: tehrenreich@wwhgd.com

s/s Todd R. Ehrenreich
Todd R. Ehrenreich
*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing document was filed with the Clerk on

August  28, 2014, using cm/ecf, who will forward copies to all counsel of record.

<u>/s/ Robert L. Parks</u>
Robert L. Parks
Florida Bar No. 61436