FILED IN OFFICE
8/22/14 RSM
CLERK, PROBATE COURT

IN THE PROBATE COURT
COUNTY OF FULTON
STATE OF GEORGIA

IN RE: ESTATE OF )
) ESTATE NO. <u>208166</u>
<u>DAVID RICHARD KNOWLTON,</u> )
DECEASED. )

## ORDER TO AUTHORIZE SETTLEMENT

The foregoing Petition was read and considered, and it appears upon hearing that the facts set out in the Petition are true and that said settlement is fair, reasonable, and just, that the same is made in good faith and will be in the best interest of the Decedent's minor children.

IT IS HEREBY ORDERED AND ADJUDGED that the Petitioner be, and is, hereby authorized to consummate said settlement as prayed in said Petition and to execute any and all agreements, receipts, releases, or other documents necessary or proper to effect such settlement.

IT IS FURTHER ORDERED that the Petitioner is hereby authorized to pay all fees and expenses as shown in the Petition.

IT IS FURTHER ORDERED that the Petitioner is hereby authorized to add the net proceeds of the Settlement to the trusts created for the Decedent's minor children as prayed in the Petition.

SO ORDERED this 22nd day of August, 2014.

_____
Judge of the Probate Court

JAMES BROCK
Exercising the jurisdiction of the
Judge of the Probate Court as
Provided by O.C.G.A. §15-9-36 (c)

Order prepared by:

ABRAMS DAVIS MASON & LONG LLC

_____
MARK D. BRANDENBURG
Ga Bar No. 159008
1100 Peachtree Street, Suite 1600
Atlanta, Georgia 30309
(404) 815-6060 (ph)
(404) 815-6090 (f)
mbrandenburg@abramsdavis.com
*Attorney for Petitioner*

{File: 00063743 / Version: 2}

FILED IN OFFICE

8/22/14 4:11

CLERK, PROBATE COURT

## IN THE PROBATE COURT
## COUNTY OF FULTON
## STATE OF GEORGIA

IN RE: ESTATE OF        )
                        )   ESTATE NO. **208166**
**DAVID RICHARD KNOWLTON**,  )
            DECEASED.   )

### ORDER TO SEAL THE RECORD
### OF
### THE PETITION FOR AUTHORITY TO COMPROMISE
### WRONGFUL DEATH CLAIM

The foregoing Motion was read and considered, and it appearing that the benefit to the individuals in this matter outweighs the harm to the public,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Authority to Compromise the Wrongful Death Claim and any Orders or documents related to said Petition, as well as any information regarding the amount of the settlement, shall be SEALED AND CONFIDENTIAL until otherwise Ordered by this Court.

SO ORDERED this _22l_ day of _August_, 2014.

_____
Judge of the Probate Court

JAMES BROCK
Exercising the jurisdiction of the
Judge of the Probate Court as
Provided by O.C.G.A. §15-9-36 (c)

{File: 00063746 / Version: 2}